UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al., | Case No. 18-cv-07721-NC |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | **WHY CASE SHOULD NOT BE** |
| | **DISMISSED FOR FAILURE TO** |
| IVO TANKU TAPANG, | **PROSECUTE** |
| Defendant. | |

Plaintiffs' counsel Emmanuel Nsahlai last appeared before this Court at a case management conference on September 11, 2019. Dkt. No. 62. Later in September, plaintiffs' counsel appeared on a telephonic scheduling conference with Magistrate Judge Sallie Kim. Dkt. No. 63. Since that time, plaintiffs' counsel has not been in contact with the Court regarding this case. Meanwhile, defendant Tapang has filed three discovery-related motions. Dkt. Nos. 66, 68, 70. Plaintiffs have not responded to any of these motions.

On October 3, 2019, this Court issued an order instructing plaintiffs' counsel to respond in writing by October 16, 2019, and to personally appear for a hearing on the discovery matters on October 23, 2019. Dkt. No. 69. Plaintiffs' counsel did not respond in writing by October 16 and did not appear on October 23.

The Court cautioned plaintiffs and their counsel that if they did not timely respond to its last Order, it may dismiss their case and/or impose other sanctions. Dkt. No. 69. The

Court again warns plaintiffs and their counsel that failure to respond to this Order may result in the Court dismissing this case for failure to prosecute under Federal Rule of Civil Procedure 41(b). A dismissal under Rule 41(b) operates as an adjudication on the merits.

The Court sets a hearing on this Order to Show Cause for November 20, 2019, at 1:00 p.m. Plaintiffs' counsel is hereby ORDERED to appear in-person for the hearing. Plaintiffs' counsel is also ORDERED to respond in writing by November 13, 2019. Plaintiffs' counsel must serve this Order on his clients and file a declaration by November 13, 2019, stating that he has done so.

**IT IS SO ORDERED.**

Dated: October 23, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge